**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-7165**

JENNIFER L. BUNCH,

                              Plaintiff - Appellant,

        versus

HENRICO COUNTY; DEPARTMENT OF CORRECTIONS,

                              Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-02-1411)

Submitted: October 22, 2003        Decided: November 21, 2003

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jennifer L. Bunch, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jennifer L. Bunch appeals the district court's order denying her motion to reconsider pursuant to Fed. R. Civ. P. 60(b). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See Bunch v. Henrico County, No. CA-02-1411 (E.D. Va. filed June 25, 2003; entered June 26, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2